UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WENDI J. HINTZ,

    Plaintiff,

v.                                                  Case No. 17-C-01220-WCG

NANCY A. BERRYHILL,

    Defendant.

## ORDER

This cause coming before the Court on motion by defendant, due notice having been given, and the Court being fully advised, **IT IS HEREBY ORDERED** that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon judicial remand, the Appeals Council will remand this matter to an administrative law judge with instructions to offer Plaintiff the opportunity for a new hearing where Plaintiff may present additional evidence and arguments. The ALJ will update the record and evaluate the limiting effects of Plaintiff's symptoms following the Commissioner's standards, including SSR 16-3p. The ALJ will reassess the record, including opinion evidence, and provide appropriate explanation for the weight given to those opinions. If the case proceeds past step three of the sequential evaluation, the ALJ will reassess the residual functional capacity and, as needed, obtain supplemental vocational expert testimony to clarify the effect of the reassessed limitations on Plaintiff's occupational base.

Dated at Green Bay, Wisconsin, this 5th day of April, 2018.

BY THE COURT:

s/ William C. Griesbach
WILLIAM C. GRIESBACH, Chief Judge
United States District Court